1  Ryosuke Togi (SBN 343851)
   KANAME PARTNERS US, P.C.
2  17631 Fitch
   Irvine, CA 92614
3  Phone & Fax: (949) 404-5515
   Email: rtogi@kanamelaw.us
4
   Attorney for Applicant Masafumi Inoue
5

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                               SAN JOSE DIVISION
10

11  IN RE EX PARTE APPLICATION OF            Case No.: 5:25-mc-80167-NC

12                                           ***PETITIONER'S STATUS UPDATE***

13  MASAFUMI INOUE                           Hearing Date: _____
                            APPLICANT,       Hearing Time: _____
14                                           Department: _____
                                             Honorable: _____
15

16        Petitioner Masafumi Inoue, by and through counsel, hereby submits this Status Update

17  pursuant to the Court's Order dated October 27, 2025 (Dkt. 13), requesting a status report by October

18  31, 2025.

19        Pursuant to the Court's Order dated September 2, 2025, Petitioner served the application

20  materials and the Order on September 3, 2025.

21        On September 9, 2025, Respondent voluntarily produced certain documents in response.

22  However, the information provided revealed that the registered name and address of the user in

23  question appeared to be fictitious (consisting of nothing more than a single alphabet character, for

24  example).  Petitioner requested that Respondent provide additional identifying materials to clarify

25  this discrepancy, but Respondent declined, asserting that such documents were not specifically listed

26  in the subpoena and therefore could not be voluntarily disclosed.

27        Petitioner independently conducted further investigation, including creating a test registration

28

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782                              1

1  on Respondent's service, and discovered indications that Respondent may possess additional

2  identifying information that was not disclosed.  Based on these findings, Petitioner submitted a

3  renewed request for voluntary production.  On October 30, 2025, Respondent produced additional

4  documents.  However, the newly produced materials still did not include information sufficient to

5  identify the suspect individual.

6  Petitioner will further review whether additional identifying information exists or is necessary.

7  If it is determined that no further information can be obtained from Respondent, Petitioner intends to

8  voluntarily dismiss the application.

9  Petitioner respectfully notes, however, that the circumstances in this case exemplify how

10  fraudulent suspects are able to operate freely on the internet, largely due to the inadequate identity

11  verification and data management practices of certain service providers such as Respondent.

12  Petitioner requests that the Court take note of the fact that such lax practices are contributing to the

13  proliferation of online fraud.

14

15  DATED: October 31, 2025                    Respectfully submitted,

16                                             Kaname Partners US, P.C.

17                                             By: */s/ Ryosuke Togi*
                                               Ryosuke Togi
18                                             Attorney for Masafumi Inoue

19

20

21

22

23

24

25

26

27

28