Ryosuke Togi (SBN 343851)
KANAME PARTNERS US, P.C.
17631 Fitch
Irvine, CA 92614
Phone & Fax: (949) 404-5515
Email: rtogi@kanamelaw.us

Attorney for Applicant Masafumi Inoue

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF<br><br>MASAFUMI INOUE<br>　　　　　　　APPLICANT, | Case No.: 5:25-mc-80167-NC<br><br>***NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Masafumi Inoue, by and through counsel, hereby gives notice of its **voluntary dismissal** of this case without prejudice.

DATED: November 21, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Kaname Partners US, P.C.

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Ryosuke Togi*
　　　　　　　　　　　　　　　　　　　　　　　Ryosuke Togi
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Masafumi Inoue